| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 7/1/2021 |
| PETER PUK,<br><br>                    Plaintiff,<br><br>-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>                    Defendants. | 1:20-cv-1194 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

Diversified Consultants, Inc. is the sole remaining defendant in this case and has filed a Suggestion of Bankruptcy [ECF #53, 54]. Accordingly, IT IS HEREBY ORDERED that this action is automatically stayed pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. § 362. IT IS FURTHER ORDERED that Diversified Consultants shall file a report on the status of the bankruptcy case by July 15, 2021 and every three months thereafter. It must inform the Court within one week of the termination of the bankruptcy case. IT IS FURTHER ORDERED that all other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: July 1, 2021
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1